IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE ROGERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REBECCA BLAIR, et al. | : | NO. 24-1534 |
| | : | |

**O R D E R**

AND NOW, this 28th day of July, 2025, upon consideration of Plaintiff's unopposed motions in limine to preclude evidence of collateral sources (Doc. 18) and to exclude the police report and any references to the officer's statements contained therein (Doc. 21), IT IS HEREBY ORDERED that the motions are GRANTED.

BY THE COURT:


/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.